Mark A. Ozzello (SBN 116595)
Mark.Ozzello@capstonelawyers.com
Brandon Brouillette (SBN 273156)
Brandon.Brouillette@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: 310-556-4811 / Fax 310-943-0396

Attorneys for Plaintiff
Robert Thornton

Michael J. Nader, SBN 200425
michael.nader@ogletreedeakins.com
Rabia Z. Reed, SBN 317288
rabia.reed@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: 916-840-3150 / Fax 916-840-3159

[*additional attorneys continued on next page*]

Attorneys for Defendants
Regal Cinemas, Inc., United Artists
Theatre Circuit, Inc., and Edward Theatres, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT THORNTON, individually, and on behalf of other members of the general public similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>REGAL CINEMAS, INC., a Tennessee corporation; UNITED ARTISTS THEATRE CIRCUIT, INC., a Maryland corporation; EDWARDS THEATRES, INC., a Delaware corporation; CINEWORLD GROUP PLC, a business entity of unknown form; and DOES 1 through 10, inclusive,<br>             Defendants. | Case No.:_2:20-cv-00628-JAM-CKD<br><br>**JOINT STIPULATION TO CONTINUE CASE BY 60 DAYS AND PERMIT PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER**<br><br>Complaint Filed: January 31, 2020<br>Trial Date:       None<br>District Judge:  Hon. John A. Mendez |

Case No. 2:20-cv-00628-JAM-CKD
JOINT STIPULATION TO CONTINUE CASE 60 DAYS AND PERMIT PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT

20cv628.o.51920.docx

1  Brooke W. Waldrop (SBN 314486)
   Brooke.Waldrop@capstonelawyers.com
2  Capstone Law APC
3  1875 Century Park East, Suite 1000
   Los Angeles, California 90067
4  Telephone:     (310) 556-4811
   Facsimile:     (310) 943-0396
5
6  Attorneys for Plaintiff
   Robert Thornton
7
8  Sarah Zenewicz, SBN 258068
   sarah.zenewicz@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK &
9  STEWART, P.C.
   Stewart Tower, Suite 1300
10 One Market Plaza
   San Francisco, CA 94105
11 Telephone: 415-442-4810
   Facsimile: 415-442-4870
12
13 Attorneys for Defendants
   Regal Cinemas, Inc., United Artists
   Theatre Circuit, Inc., and Edward Theatres, Inc.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

20cv628.o.51920.docx

Case No. 2:20-cv-00628-JAM-CKD
JOINT STIPULATION TO CONTINUE CASE 60 DAYS AND PERMIT PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Robert Thornton ("Plaintiff") and Defendants Regal Cinemas, Inc., United Artists Theatre Circuit, Inc., and Edward Theatres, Inc.. ("Defendants") (collectively, the "Parties"), by and through their respective attorneys of record, as follows:

WHEREAS, on January 31, 2020, Plaintiff filed his putative class action complaint in this action in Sacramento County Superior Court, claiming violations of the following California Labor Code ("Labor Code") sections: (1) Violation of California Labor Code Sections 510 and 1198 (Unpaid Overtime); Violation of California Labor Code Sections 1182.12, 1194, 1197, 1197.1, and 1198 (Unpaid Minimum Wages); (3) Violation of California Labor Code Sections 226.7, 512(a), 516, and 1198 (Failure to Provide Meal Periods); (4) Violation of California Labor Code Sections 226.7, 516, and 1198 (Failure to Authorize and Permit Rest Periods); (5) Violation of California Labor Code Sections 226(a), 1174(d),and 1198 (Non-Complaint Wage Statements and Failure to Maintain Payroll Records); (6) Violation of California Labor Code Sections 201 and 202 (Wages Not Timely Paid Upon Termination); (7) Violation of California Labor Code Section 204 (Failure to Timely Pay Wages During Employment; (8) Violation of Labor Code Section 1198 and California Code of Regulations Title 8, Section 11100 Subdivision 5(A) (Failure to Provide Reporting Time Pay); (9) Violation of California Labor Code Section 2802 (Unreimbursed Business Expenses); (10) Violation of California Business & Professions Code Sections 17200 et seq. (Unfair Business Practices); and (11) Violation of California Business & Professions Code Sections 17200 *et seq*. (Unfair Business Practices) [sic].

WHEREAS, Plaintiff has brought his Complaint on behalf of himself and all current and former California non-exempt employees for Defendants since January 31, 2016;

WHEREAS, Defendants removed this case to this Court on March 23, 2020, under the Class Action Fairness Act;

WHEREAS, Defendants have agreed to permit Plaintiff to file a First Amended Complaint in order to add a claim for civil penalties pursuant to PAGA pursuant to the LWDA letter submitted by Plaintiff on February 19, 2020,  and as such the final pleadings of this matter have not yet been settled (**Exhibit A** is a true and correct copy of Plaintiff's proposed First Amended

JOINT STIPULATION TO CONTINUE CASE 60 DAYS AND PERMIT PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT

Complaint; **Exhibit B** is a true and correct copy of Plaintiff's redlined proposed First Amended Complaint);

WHEREAS, Defendants have closed all of their theater locations across the United States due to the COVID-19 pandemic and have substantially reduced operations at its headquarters as a result;

WHEREAS, Defendants do not currently have a date certain for when operations will resume in California or the rest of the United States;

WHEREAS, the Parties have met and conferred and agree that these closures substantially interfere with the Parties' ability to commence discovery at this time including because all California theaters are not currently operating;

WHEREAS, the Parties further agree that that because they cannot currently anticipate when discovery in this action could begin in earnest, that scheduling discovery deadlines, setting a deadline for class certification, setting trial or settlement conferences would be premature at this time; and,

WHEREAS, the Parties agree that it would serve the interests of judicial efficiency to continue the Parties' Joint Status Report deadline by 60 days,

NOW, THEREFORE, the Parties hereby stipulate and request that the Court:

1. Permit Plaintiff to file a First Amended Complaint, attached hereto as **Exhibit A**;
2. By stipulating to Plaintiff's Amendment of the Complaint, Defendants have not waived rights, objections or remedies, including rights to challenge the amended pleadings;
3. Defendants' response to the First Amended Complaint shall by due within twenty-one (21) days after Plaintiff files the First Amended Complaint; and
4. The Court continue the Parties' Joint Status Report deadline by 60 days from May 22, 2020, to July 21, 2020.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated:  May 19, 2020 | Respectfully submitted, |
| 2 | | CAPSTONE LAW APC |
| 4 | | By: /s/ *Mark A. Ozzello (with permission)* |
| | | Mark A. Ozzello |
| | | Brandon Brouillette |
| 5 | | Brooke W. Waldrop |
| 6 | | Attorneys for Plaintiff Robert Thornton |

Dated:  May 19, 2020                        Respectfully submitted,

OGLETREE, DEADKINS, NASH, SMOAK, & STEWART, P.C.

By: /s/ *Michael J. Nader*
Michael J. Nader
Sarah Zenewicz
Rabia Z. Reed

Attorneys for Defendants Regal Cinemas, Inc., United Artists Theatre Circuit, Inc., and Edward Theatres Inc.

# ORDER

The Court, having read and considered the Parties' Joint Stipulation filed on May 18, 2020, orders the following:

1. Plaintiff is permitted to file a First Amended Complaint, attached hereto as **Exhibit A**;
2. By stipulating to Plaintiff's Amendment of the Complaint, Defendants have not waived rights, objections or remedies, including rights to challenge the amended pleadings;
3. Defendants' response to the First Amended Complaint shall by due within twenty-one (21) days after Plaintiff files the First Amended Complaint; and
4. The Court continue the Parties' Joint Status Report deadline by 60 days from May 22, 2020, to July 21, 2020.

**IT IS SO ORDERED.**

Dated:   May 19, 2020                                          /s/ John A. Mendez
                                                                              Hon. John A. Mendez
                                                                              United States District Court
                                                                              Eastern District of California