1  Mark A. Ozzello (SBN 116595)
2  Mark.Ozzello@capstonelawyers.com
   Brandon Brouillette (SBN 273156)
3  Brandon.Brouillette@capstonelawyers.com
   Capstone Law APC
4  1875 Century Park East, Suite 1000
   Los Angeles, California 90067
5  Telephone (310) 556-4811 / Fax (310) 943-0396

6  Attorneys for Plaintiff
7  Robert Thornton

8  Michael J. Nader, SBN 200425
   michael.nader@ogletreedeakins.com
9  Rabia Z. Reed, SBN 317288
   rabia.reed@ogletreedeakins.com
10 OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
11 500 Capitol Mall, Suite 2500
   Sacramento, CA 95814
12 Telephone (916) 840-3150 / Fax (916) 840-3159

13 [*additional attorneys continued on next page*]

14 Attorneys for Defendants
   Regal Cinemas, Inc., United Artists
15 Theatre Circuit, Inc., and Edward Theatres, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT THORNTON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REGAL CINEMAS, INC., a Tennessee corporation; UNITED ARTISTS THEATRE CIRCUIT, INC., a Maryland corporation; EDWARDS THEATRES, INC., a Delaware corporation; CINEWORLD GROUP PLC, a business entity of unknown form; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00628-JAM-CKD<br><br>**SECOND JOINT STIPULATION TO CONTINUE CASE BY 90 DAYS; ORDER**<br><br>Complaint Filed: January 31, 2020<br>Trial Date: None<br>District Judge: Hon. John A. Mendez |

Brooke W. Waldrop (SBN 314486)
Brooke.Waldrop@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone (310) 556-4811 / Fax (310) 943-0396

Attorneys for Plaintiff
Robert Thornton

Sarah Zenewicz, SBN 258068
sarah.zenewicz@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Stewart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone (415) 442-4810 / Fax (415) 442-4870

Attorneys for Defendants
Regal Cinemas, Inc., United Artists
Theatre Circuit, Inc., and Edward Theatres, Inc.

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Robert Thornton ("Plaintiff") and Defendants Regal Cinemas, Inc., United Artists Theatre Circuit, Inc., and Edward Theatres, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective attorneys of record, as follows:

WHEREAS, on January 31, 2020, Plaintiff filed his putative class action complaint in this action in Sacramento County Superior Court, claiming violations of the following California Labor Code ("Labor Code") sections: (1) Violation of California Labor Code Sections 510 and 1198 (Unpaid Overtime); Violation of California Labor Code Sections 1182.12, 1194, 1197, 1197.1, and 1198 (Unpaid Minimum Wages); (3) Violation of California Labor Code Sections 226.7, 512(a), 516, and 1198 (Failure to Provide Meal Periods); (4) Violation of California Labor Code Sections 226.7, 516, and 1198 (Failure to Authorize and Permit Rest Periods); (5) Violation of California Labor Code Sections 226(a), 1174(d),and 1198 (Non-Complaint Wage Statements and Failure to Maintain Payroll Records); (6) Violation of California Labor Code Sections 201 and 202 (Wages Not Timely Paid Upon Termination); (7) Violation of California Labor Code Section 204 (Failure to Timely Pay Wages During Employment; (8) Violation of Labor Code Section 1198 and California Code of Regulations Title 8, Section 11100 Subdivision 5(A) (Failure to Provide Reporting Time Pay); (9) Violation of California Labor Code Section 2802 (Unreimbursed Business Expenses); (10) Violation of California Business & Professions Code Sections 17200 et seq. (Unfair Business Practices); and (11) Violation of California Business & Professions Code Sections 17200 *et seq*. (Unfair Business Practices) [sic].

WHEREAS, Plaintiff has brought his Complaint on behalf of himself and all current and former California non-exempt employees for Defendants since January 31, 2016;

WHEREAS, Defendants removed this case to this Court on March 23, 2020, under the Class Action Fairness Act;

WHEREAS, on May 19, 2020 the Parties agreed to and filed a joint stipulation to continue this case by 60 days because the Covid-19 pandemic interfered with the Parties' ability to litigate this case and to allow Plaintiff to File a First Amended Complaint;

////

1  WHEREAS, on May 19, 2020 the Honorable Judge John A. Mendez signed an order continuing pending case deadlines by 60 days, including the Parties' Joint Status Report Deadline from May 22, 2020 to July 21, 2020, and permitting Plaintiff to file a First Amended Complaint;

WHEREAS, on June 8, 2020 Plaintiff filed a First Amended Complaint to add a claim for Penalties for Violations of California Labor Code, pursuant to PAGA;

WHEREAS, Defendants timely filed their Answer to Plaintiff's First Amended Complaint on June 29, 2020;

WHEREAS, in March 2020, Defendants closed all of their theater locations across the United States due to the COVID-19 pandemic and have substantially reduced operations at their headquarters as a result;

WHEREAS, Defendants do not currently have a date certain for when operations will resume in California;

WHEREAS, the Parties have met and conferred and agree that these closures substantially interfere with the Parties' ability to commence discovery at this time including because all California theaters are not currently operating and operations at headquarters are substantially reduced;

WHEREAS, the Parties further agree that that because they cannot currently anticipate when discovery in this action could begin in earnest, that scheduling discovery deadlines, setting a deadline for class certification, setting trial or settlement conferences would be premature at this time; and,

WHEREAS, the Parties agree that it would serve the interests of judicial efficiency to continue the Parties' Joint Status Report deadline by 90 days,

NOW, THEREFORE, the Parties hereby stipulate and request that the Court continue the Parties' Joint Status Report deadline by 90 days from July 21, 2020, to October 19, 2020.

**IT IS SO STIPULATED.**

////

////

////

Dated: July 17, 2020                    Respectfully submitted,

                                                      CAPSTONE LAW APC

                                        By: /s/ *Mark A. Ozzello*
                                                Mark A. Ozzello
                                                Brandon Brouillette
                                                Brooke W. Waldrop

                                                Attorneys for Plaintiff Robert Thornton


Dated: July 17, 2020                    Respectfully submitted,

                                                OGLETREE, DEADKINS, NASH, SMOAK, & STEWART, P.C.

                                        By: /s/ *Rabia Z. Reed*
                                                Michael J. Nader
                                                Sarah Zenewicz
                                                Rabia Z. Reed

                                                Attorneys for Defendants Regal Cinemas, Inc., United Artists Theatre Circuit, Inc., and Edward Theatres Inc.

**ORDER**

The Court, having read and considered the Parties' Joint Stipulation filed on July 17, 2020, orders the following:

1. The Court continue the Parties' Joint Status Report deadline by 90 days from July 21, 2020, to October 19, 2020.

**IT IS SO ORDERED.**

Dated:  July 17, 2020                                      /s/ John A. Mendez
                                                                        Hon. John A. Mendez
                                                                        United States District Court Judge
                                                                        Eastern District of California