Mark A. Ozzello, SBN 116595
Mark.Ozzello@capstonelawyers.com
Brandon Brouillette, SBN 273156
Brandon.Brouillette@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone (310) 556-4811 / Fax (310) 943-0396

Attorneys for Plaintiff
Robert Thornton

Michael J. Nader, SBN 200425
michael.nader@ogletreedeakins.com
Rabia Z. Reed, SBN 317288
rabia.reed@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone (916) 840-3150 / Fax (916) 840-3159

[*additional attorneys continued on next page*]

Attorneys for Defendants
Regal Cinemas, Inc., United Artists
Theatre Circuit, Inc., and Edward Theatres, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT THORNTON, individually, and on behalf of other members of the general public similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>REGAL CINEMAS, INC., a Tennessee corporation; UNITED ARTISTS THEATRE CIRCUIT, INC., a Maryland corporation; EDWARDS THEATRES, INC., a Delaware corporation; CINEWORLD GROUP PLC, a business entity of unknown form; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.:_2:20-cv-00628-JAM-CKD<br><br>**FOURTH JOINT STIPULATION TO CONTINUE CASE BY 120 DAYS; ORDER**<br><br>Complaint Filed: January 31, 2020<br>Trial Date:      None<br>District Judge:  Hon. John A. Mendez |

1  Sarah Zenewicz, SBN 258068
   sarah.zenewicz@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
3  Stewart Tower, Suite 1300
   One Market Plaza
4  San Francisco, CA 94105
   Telephone (415) 442-4810 / Fax (415) 442-4870
5
   Attorneys for Defendants
6  Regal Cinemas, Inc., United Artists
   Theatre Circuit, Inc., and Edward Theatres, Inc.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Robert Thornton ("Plaintiff") and Defendants Regal Cinemas, Inc., United Artists Theatre Circuit, Inc., and Edward Theatres, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective attorneys of record, as follows:

WHEREAS, on January 31, 2020, Plaintiff filed his putative class action complaint in this action in Sacramento County Superior Court, claiming violations of the following California Labor Code ("Labor Code") sections: (1) Violation of California Labor Code Sections 510 and 1198 (Unpaid Overtime); Violation of California Labor Code Sections 1182.12, 1194, 1197, 1197.1, and 1198 (Unpaid Minimum Wages); (3) Violation of California Labor Code Sections 226.7, 512(a), 516, and 1198 (Failure to Provide Meal Periods); (4) Violation of California Labor Code Sections 226.7, 516, and 1198 (Failure to Authorize and Permit Rest Periods); (5) Violation of California Labor Code Sections 226(a), 1174(d),and 1198 (Non-Complaint Wage Statements and Failure to Maintain Payroll Records); (6) Violation of California Labor Code Sections 201 and 202 (Wages Not Timely Paid Upon Termination); (7) Violation of California Labor Code Section 204 (Failure to Timely Pay Wages During Employment; (8) Violation of Labor Code Section 1198 and California Code of Regulations Title 8, Section 11100 Subdivision 5(A) (Failure to Provide Reporting Time Pay); (9) Violation of California Labor Code Section 2802 (Unreimbursed Business Expenses); (10) Violation of California Business & Professions Code Sections 17200 et seq. (Unfair Business Practices); and (11) Violation of California Business & Professions Code Sections 17200 *et seq*. (Unfair Business Practices) [sic];

WHEREAS, Plaintiff has brought his Complaint on behalf of himself and all current and former California non-exempt employees for Defendants since January 31, 2016;

WHEREAS, Defendants removed this case to this Court on March 23, 2020, under the Class Action Fairness Act;

WHEREAS, on May 19, 2020 the Parties agreed to and filed a joint stipulation to continue this case by 60 days because the Covid-19 pandemic interfered with the Parties' ability to litigate this case and to allow Plaintiff to File a First Amended Complaint;

WHEREAS, on May 19, 2020 the Honorable Judge John A. Mendez signed an order continuing pending case deadlines by 60 days, including the Parties' Joint Status Report Deadline

1  from May 22, 2020 to July 21, 2020, and permitting Plaintiff to file a First Amended Complaint;

2  WHEREAS, on June 8, 2020 Plaintiff filed a First Amended Complaint to add a claim for
3  Penalties for Violations of California Labor Code, pursuant to PAGA;

4  WHEREAS, Defendants timely filed their Answer to Plaintiff's First Amended Complaint
5  on June 29, 2020;

6  WHEREAS, on July 17, 2020 the Parties agreed to and filed a second joint stipulation to
7  continue this case by 90 days because the pandemic continued to interfere with the Parties' ability
8  to litigate this case;

9  WHEREAS, on July 17, 2020 the Honorable Judge John A. Mendez signed a further order
10 continuing pending case deadlines by 90 days, including the Parties' Joint Status Report Deadline
11 from July 21, 2020 until October 19, 2020;

12 WHEREAS, on October 19, 2020 the Parties agreed to and filed a third joint stipulation to
13 continue pending case deadlines by 120 days because the pandemic continued to interfere with the
14 Parties' ability to litigate this case;

15 WHEREAS, on October 20, 2020, the Honorable Judge John A. Mendez signed a further
16 order continuing pending case deadlines by 120 days from October 19, 2020 to February 16, 2021;

17 WHEREAS, in March 2020, Defendants closed all of their theater locations across the
18 United States due to the Covid-19 pandemic and have substantially reduced operations at their
19 headquarters as a result;

20 WHEREAS, after opening operations temporarily, Defendants subsequently, and
21 necessitated by further developments of the Covid-19 pandemic, closed all operations again;

22 WHEREAS, Defendants do not currently have a date certain for when operations will
23 resume in California;

24 WHEREAS, the Parties have met and conferred and agree that these closures substantially
25 interfere with the Parties' ability to commence discovery at this time including because all
26 California theaters are not currently operating and operations at headquarters are substantially
27 reduced;

28 WHEREAS, the Parties further agree that that because they cannot currently anticipate
when discovery in this action could begin in earnest, that scheduling discovery deadlines, setting a

1  deadline for class certification, setting trial or settlement conferences would be premature at this
2  time; and,
3        WHEREAS, the Parties agree that it would serve the interests of judicial efficiency to
4  continue the Parties' Joint Status Report deadline by 120 days.
5        NOW, THEREFORE, the Parties hereby stipulate and request that the Court continue the
6  Parties' Joint Status Report deadline by 120 days from February 16, 2021, to June 16, 2021.
7  **IT IS SO STIPULATED.**

8  Dated: February 10, 2021        Respectfully submitted,

9                            CAPSTONE LAW APC

11                            By: */s/*
                                 Mark A. Ozzello
12                                   Brandon Brouillette

13  Dated: February 10, 2021        Attorneys for Plaintiff Robert Thornton

14                            OGLETREE, DEAKINS, NASH,
                          SMOAK, & STEWART, P.C.

15                            By: */s/ Rabia Z. Reed*
16                                   Michael J. Nader
                                 Sarah Zenewicz
17                                   Rabia Z. Reed

18                            Attorneys for Defendants Regal Cinemas, Inc., United
                          Artists Theatre Circuit, Inc., and Edward Theatres Inc.
19

20  **ATTESTATION**

21        Concurrence in the filing of this document has been obtained from each of the individual(s)
22  whose electronic signature is attributed above.

23  Dated: February 10, 2021        Respectfully submitted,

24                            OGLETREE, DEAKINS, NASH,
                          SMOAK, & STEWART, P.C.

25                            By: */s/*
26                                   Michael J. Nader
                                 Sarah Zenewicz
27                                   Rabia Z. Reed

28                            Attorneys for Defendants Regal Cinemas, Inc., United
                          Artists Theatre Circuit, Inc., and Edward Theatres Inc.

3        Case No. 2:20-cv-00628-JAM-CKD
FOURTH JOINT STIPULATION TO CONTINUE CASE 120 DAYS

# ORDER

The Court, having read and considered the Parties' Joint Stipulation filed on February 10, 2021, orders the following:

1. The Court continue the Parties' Joint Status Report deadline by 120 days from February 16, 2021 to June 16, 2021.

**IT IS SO ORDERED.**

DATED: February 10, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE